UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. KENNETH JOHNSON, 09-725 (WHW)

## PETITION FOR WRIT OF HABEAS CORPUS

1. KENNETH JOHNSON, SBI 761508B, is now confined at the BAYSIDE STATE PRISON.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. William H. Walls, U.S. District Judge, on November 9, 2009, at 10:00 a.m., for an arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 27, 2009

Charlton A. Rugg
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 2 November 2009

Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the BAYSIDE STATE PRISON
WE COMMAND YOU that you have the body of

KENNETH JOHNSON,

now confined at the BAYSIDE STATE PRISON, brought before the United States District Court, the Hon. William H. Walls, U.S. District Judge, in the Martin Luther King Jr. Courthouse at NEWARK, on November 9, 2009, at 10:00 a.m., in civilian clothes, so that he may be arraigned in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey.

DATED: 11/1/2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: 
Deputy Clerk