PROB 12B
(4/17)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: JOHNSON, Kenneth                     Cr.: 09-00725-001
                                                       PACTS #: 56113

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/10/2012

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 77 months imprisonment; 3 years supervised release; $100 special assessment

Special Conditions: alcohol and drug testing/treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/17/2017

## PETITIONING THE COURT

☑ To modify the conditions of supervision as follows:

RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITH weekend privileges)

> You shall reside for a period of three (3) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall be excused from any subsistence obligation. You shall be eligible for approved leave to work. Any additional leave must be approved in advance by the Probation Office.

## CAUSE

On August 1, 2017, Johnson admitted using heroin and signed an Admission of Drug Use Form. Reportedly, the abuse occurred on one (1) occasion on/about July 30, 2017.

Respectfully submitted,

By: Joseph Empirio
    Senior U.S. Probation Officer

*Joseph Empirio*   Joseph Empirio
                   2017.08.02 14:33:00
                   -04'00'

Date: 08/02/2017

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above *(Probation recommended)*

☐ No Action

☐ Other

_____
Signature of Judicial Officer

_8 August 2019_____
Date